IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| *In Re:* | : | Chapter 11 |
| | : | |
| DANIEL MICHAEL RING, | : | |
| Debtor | : | Docket No. 19-13769 |

## PRAECIPE TO WITHDRAW PROOF OF CLAIM #15

TO THE CLERK:

Kindly withdraw Proof of Claim #15 filed by PPL Electric on July 31, 2020 in the amount of $1,699.46 as it is duplicative of Proof of Claim #10.

Dated: December 14, 2020           DOUGLAS J. SMILLIE

FITZPATRICK LENTZ & BUBBA, P.C.
645 W. Hamilton Street, Suite 800
Allentown, PA  18101
(610) 797-9000


By: */s/ Douglas J. Smillie*
        Attorney for PPL Electric